UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

MISSMAN TOUSSAINT,

                Plaintiff,         21-cv-10335 (JGK)

    - against -                   ORDER

CITIBANK, N.A. ET AL.,

                Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 18, 2022.

SO ORDERED.
Dated:    New York, New York
          February 3, 2022

                                          _____
                                            John G. Koeltl
                                     United States District Judge