UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MISSMAN TOUSSAINT,

                    Plaintiff,      21-cv-10335 (JGK)

      - against -                ORDER

Citibank, N.A. ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **March 17, 2022** at **3:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            March 14, 2022

                                        John G. Koeltl
                                United States District Judge